IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Shirley A | Case Number: 05 B 20936 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/23/08 | Filed: 5/25/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 4, 2008
Confirmed: July 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 18,446.94 | |
| Secured: | | 13,733.06 |
| Unsecured: | | 1,325.02 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 941.92 |
| Other Funds: | | 446.94 |
| Totals: | 18,446.94 | 18,446.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Glenda J Gray | Administrative | 2,000.00 | 2,000.00 |
| 2. | JP Morgan Chase Bank | Secured | 13,733.06 | 13,733.06 |
| 3. | Commonwealth Edison | Unsecured | 93.26 | 156.08 |
| 4. | Corporate America Family CU | Unsecured | 164.97 | 276.10 |
| 5. | JP Morgan Chase Bank | Unsecured | 171.35 | 286.78 |
| 6. | Premier Bankcard | Unsecured | 36.77 | 0.00 |
| 7. | SBC | Unsecured | 63.57 | 106.40 |
| 8. | Nicor Gas | Unsecured | 298.56 | 499.66 |
| 9. | AmeriCash Loans, LLC | Secured | | No Claim Filed |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 12. | Alliance | Unsecured | | No Claim Filed |
| 13. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 14. | Credit Management Service | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 18. | GE Customized Auto Credit | Unsecured | | No Claim Filed |
| 19. | TCF Bank | Unsecured | | No Claim Filed |
| 20. | Kane County Accounts | Unsecured | | No Claim Filed |
| 21. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 22. | MCI | Unsecured | | No Claim Filed |
| 23. | Jefferson Commons-Columbia | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | Talk America | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Shirley A

Printed: 9/23/08

Case Number: 05 B 20936
Judge: Goldgar, A. Benjamin
Filed: 5/25/05

| 26. | Kane County Accounts | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 16,561.54 | $ 17,058.08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 35.19 |
| 5.5% | 252.11 |
| 5% | 80.75 |
| 4.8% | 143.98 |
| 5.4% | 323.96 |
| 6.5% | 105.93 |
| | _____ |
| | $ 941.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_(signature)_